IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYO BROWN, *pleading on his own behalf and on behalf of all similarly situated consumers*, <br><br> *Plaintiff*, <br><br> v. <br><br> FIRSTSOURCE ADVANTAGE, LLC, <br><br> *Defendant*. | CIVIL ACTION <br> NO. 17-5760 |

# ORDER

**AND NOW**, this 21st day of September, 2018, upon consideration of American Express Bank, FSB's Motion to Intervene (ECF No. 12), Plaintiff's Response (ECF No. 17) and American Express's Reply (ECF No. 21), it is **ORDERED** that American Express's Motion to Intervene is **GRANTED.**

American Express's Proposed Motion to Compel Arbitration (ECF No. 12-3) is deemed filed as of the date of this order.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.