IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYO BROWN, *pleading on his own behalf and on behalf of all similarly situated consumers,*<br><br>        *Plaintiff,*<br><br>  v.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 17-5760 |

## **ORDER**

**AND NOW**, this 12th day of February, 2019, upon consideration of American Express Bank, FSB's Motion to Compel Arbitration (ECF No. 24), Plaintiff's Response (ECF No. 28) and American Express's Reply (ECF No. 31), it is **ORDERED** that the Motion to Compel Arbitration is **GRANTED**. The parties shall arbitrate the claim raised in Plaintiff's Complaint (ECF No. 1).

It is further **ORDERED** that this action shall be **STAYED** and placed in **CIVIL SUSPENSE** pending the outcome of arbitration. The parties shall submit to the Court status reports on the progress of the arbitration proceeding every ninety (90) days.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.